**RINA CARMEL (Bar No. 208311)**
  rxc@amclaw.com
**MARC J. SHRAKE (Bar No. 219331)**
  mjs@amclaw.com
**DAVID J. BILLINGS (Bar No. 175383)**
  djb@amclaw.com
**ANDERSON, McPHARLIN & CONNERS LLP**
**707 Wilshire Boulevard**
**Suite 4000**
**Los Angeles, California  90017-3623**
**TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594**

**Attorneys for Plaintiff and Counter-Defendant EVANSTON INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>vs.<br><br>CASTAIC STUDIOS, LLC; FARAMARZI FAMILY TRUST; FRED FARAMARZI; and JANA PRODUCTIONS,<br><br>  Defendants. | Case No. 2:16-cv-6607-SS<br><br>Magistrate Judge:<br>Honorable Suzanne H. Segal<br>Courtroom 590<br><br>**ORDER ON STIPULATION TO DISMISS ENTIRE ACTION** |
| CASTAIC STUDIOS, LLC,<br><br>  Counterclaimant,<br><br>vs.<br><br>EVANSTON INSURANCE COMPANY; JANA PRODUCTIONS; ROES 1 - 10, ,<br><br>  Counterdefendants. | |

Plaintiff/Counter-Defendant Evanston Insurance Company, Defendant/Counter-Claimant Castaic Studios, LLC and Defendants Faramarzi

Family Trust and Fred Faramarzi, having stipulated by and through their respective counsel to dismiss this entire action with prejudice, IT IS HEREBY ORDERED AS FOLLOWS:

1. This action is hereby dismissed in its entirety with prejudice.
2. Each of the parties is to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: December 15, 2017

/S/
Hon. Suzanne H. Segal
Magistrate Judge of the U.S. District Court

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 707 Wilshire Boulevard, Suite 4000, Los Angeles, California 90017-3623.

On December 14, 2017, I served the following document(s) described as **ORDER ON STIPULATION TO DISMISS ENTIRE ACTION** on the interested parties as follows:

| | |
|---|---|
| Farah Faramarzi Esq. | Attorneys for Defendant |
| Lioness Law Group | and Counter-Claimant |
| 4199 Campus Drive, Suite 550 | CASTAIC STUDIOS, |
| Irvine, CA 92612 | LLC; FARAMARZI |
| Telephone: (818) 990-9966 | FAMILY TRUST; |
| Facsimile: (818) 990-0809 | FRED FARAMARZI |
| E-Mail: FFaramarzi@aol.com | |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 14, 2017, at Los Angeles, California.

/s/ Denise M. Carrillo
Denise M. Carrillo

1716168.1 04879-004